```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 02967
    JENNIFER R JACKSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0574

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 02/10/2008 and was confirmed 04/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 01/13/2009.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
-----------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED            432.12         .00          .00
AFNI/MCI                   UNSECURED            201.50         .00          .00
CITY OF CHICAGO PARKING    UNSECURED           3740.00         .00          .00
DEPENDON COLLECTION        UNSECURED         NOT FILED         .00          .00
HERZING COLLEGE            UNSECURED            444.00         .00          .00
IC SYSTEM                  UNSECURED         NOT FILED         .00          .00
ILLINOIS COLLECTION SE     UNSECURED         NOT FILED         .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           1403.33         .00          .00
PARK DANSAN                UNSECURED         NOT FILED         .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED         NOT FILED         .00          .00
PLAZA ASSOCIATES           UNSECURED         NOT FILED         .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED            274.60         .00          .00
UNITED COLLECTION BUREAU   UNSECURED         NOT FILED         .00          .00
BALABAN FURNITURE          SECURED             3500.00      131.22       484.65
BALABAN FURNITURE          UNSECURED            814.82         .00          .00
FORD MOTOR CREDIT          SECURED VEHIC     17160.99      821.76      3361.83
RJM AQUISITIONS FUNDING    UNSECURED             85.90         .00          .00
MONTEREY COLLECTIONS       SECURED              800.00       37.52       128.79
MONTEREY COLLECTIONS       UNSECURED            554.94         .00          .00
OUR LADY OF RESURRECTION   UNSECURED           1496.40         .00          .00
WEST SUBURBAN MEDICAL CE   UNSECURED           1912.00         .00          .00
ROUNDUP FUNDING LLC        UNSECURED            410.00         .00          .00
ECONOMY INTERIORS INC      SECURED NOT I      2414.13         .00          .00
KENNETH C SWANSON JR       DEBTOR ATTY        3,215.00                   256.59
TOM VAUGHN                 TRUSTEE                                       434.80
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                     5,657.16

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 02967 JENNIFER R JACKSON
```

```
PRIORITY                                                            .00
SECURED                                                        3,975.27
     INTEREST                                                    990.50
UNSECURED                                                           .00
ADMINISTRATIVE                                                   256.59
TRUSTEE COMPENSATION                                             434.80
DEBTOR REFUND                                                       .00
                                     ----------------   ----------------
TOTALS                                       5,657.16           5,657.16
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/17/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 08 B 02967 JENNIFER R JACKSON